NO. 07-10-0482-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL D

 FEBRUARY 25, 2011

 ______________________________

 CHANCE W. FARNSWORTH, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE

 _________________________________

 FROM THE 47[TH] DISTRICT COURT OF RANDALL COUNTY;

 NO. 15,407-A; HONORABLE DAN SCHAAP, JUDGE

 _______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
 MEMORANDUM OPINION
 Appellant, Chance W. Farnsworth, filed a notice of appeal challenging an order entered by the trial court authorizing withdrawal of funds from his inmate account for costs expended in the prosecution of a case for aggravated kidnapping, enhanced, in 2004. By letter from this Court dated January 4, 2011, Appellant was notified that neither the required filing fee of $175 nor an affidavit of indigence in compliance with Rule 20.1(c) of the Texas Rules of Appellate Procedure had been provided. Appellant was admonished that failure to comply on or before February 3, 2011, might result in dismissal of his appeal. Tex. R. App. P. 42.3(c). Appellant did not respond to this Court's notice. Neither did he pay the required filing fee or file an affidavit of indigence.
 Accordingly, this appeal is dismissed, without prejudice, for failure to comply with an order from this Court.
 Patrick A. Pirtle
 Justice